AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the

### EASTERN District of NORTH CAROLINA

FILED IN OPEN COURT
ON _4/24/26 BRH_
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Gannon Ken Van Dyke | ) |
| *Defendant* | ) |

Case No.   5:26-MJ-1654-BM

Charging  District:Southern District of New York

Charging  District's Case No. 1:26-CR-156

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| **Place:** Southern District of New York<br>Daniel Patrick Moynihan United States Courthouse<br>Pretrial Services Office<br>500 Pearl Street, Fifth Floor Room 550<br>New York, New York 10007-1312<br>212-805-0136 | Courtroom No.: Contact NYSD for courtroom location |
| | Date and Time:   4/28/2026 at 9:30 a.m.. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 24, 2026

_____
*Judge's signature*

BRIAN S. MEYERS,   U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:26-MJ-1654-BM

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| Gannon Ken Van Dyke | ) | |
| | ) | |

Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

The court further determines that the defendant is unable to pay the fees of any witness, and pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Fed. R. Crim. P. 17(b).

SO ORDERED this the 24th day of April, 2026.

_____
Brian S. Meyers
United States Magistrate Judge

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON __4|24|26 BRH__
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America<br>v.<br><br>GANNON KEN VAN DYKE<br><br>Defendant | )<br>)<br>)   Case No.  5:26-MJ-1654-BM<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, ___Gannon Ken VanDyke___ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $   250,000.00   .

(   ) (3)   This is a secured bond of $                        , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 24 APR 26

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: n/a

n/a
_____
Signature of Clerk or Deputy Clerk

Approved.

Date: April 24, 2026

_____
Judge's signature

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina ▾

FILED IN OPEN COURT
ON __4/24/26  BRH__
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America  )
           v.  )
             )  Case No.  5:26-MJ-1654-BM
Gannon Ken Van Dyke  )
             )
     *Defendant*  )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    Southern District of New York
*Place*

Pretrial Services Office at the Daniel Moynihan Courthouse, 500 Pearl Street, Room 950

on  April 28, 2026, no later than 9:30 am      New York, NY 10007
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____    Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                    *Custodian*                                    *Date*

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the    U.S. Probation Office for the EDNC                            ,
telephone number _____ , no later than _____ .
( ☐ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☑ )  (d)  surrender any passport to:    U.S Probation Office for the EDNC
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:    to not travel outside of the EDNC, SDNY, or EDNY ,  unless approved in advance by the United States Probation Officer).
( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
_____
( ☐ )  (h)  get medical or psychiatric treatment: _____
_____
( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon. * see Paragraph 7(f).
( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                    Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii)  Voice Recognition; or
        ( ☐ ) (iii)  Radio Frequency; or
        ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  defendant may possess a firearm only if specifically directed by the United States Army and only in order to fulfill his obligations in the military as an active duty service member. Defendant shall possess a firearm for no other reason.

AO 199C   (Rev. 09/08) Advice of Penalties                                                    Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
_____
*Defendant's Signature*

X _____
_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
*Judicial Officer's Signature*

Brian S. Meyers, U.S. Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

## UNITED STATES DISTRICT COURT

FILED IN OPEN COURT

for the

Eastern District of North Carolina

ON __4/24/26__ BRH

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   5:26-MJ-1654-BM |
| GANNON KEN VAN DYKE | ) | |
| | ) | Charging District's Case No.    1:26-CR-156-MMG |
| Defendant | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
SOUTHERN DISTRICT OF NEW YORK                                                                    .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    04/24/2026

_____
Defendant's signature

_____
Signature of defendant's attorney

Joseph Ross II
_____
Printed name of defendant's attorney

**Query**     **Reports**     **Utilities**     **Help**     **What's New**     Log Out

CLOSED

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CRIMINAL DOCKET FOR CASE #: 5:26-mj-01654-BM-1

Case title: USA v. Van Dyke           Date Filed: 04/23/2026

Other court case number: 1:26-CR-156-MMG Southern District    Date Terminated: 04/24/2026
of New York

---

Assigned to: Magistrate Judge Brian S.
Meyers

### Defendant (1)

**Gannon Ken Van Dyke**
*TERMINATED: 04/24/2026*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

### Highest Offense Level (Opening)

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |
| Count 1: Unlawful Use of Confidential Government Information for Personal Gain (7 U.S.C. §§ 6c(a)(3), 13(a)(5); 17 C.F.R. § 180.1 and 18 U.S.C. § 2); Count 2: Theft of Nonpublic Government Information (7 U.S.C. §§ 6c(a)(4)(C), 13(a)(5); 17 C.F.R. § 180.1; and 18 U.S.C. § 2); Count 3: Commodities Fraud (7 U.S.C. §§9(1), 13(a)(5); 17 C.F.R. § 180.1 and 18 U.S.C. § 2); Count 4: Wire Fraud (18 U.S.C. §§ 1343and 2); Count 5: Unlawful Monetary | |

Transaction (18 U.S.C. §§ 1957 and 2).

---

**Plaintiff**

**USA**                                    represented by   **Logan Liles**
                                                            DOJ-USAO
                                                            150 Fayetteville St
                                                            Suite 2100
                                                            Raleigh, NC 27601
                                                            919-856-4045
                                                            Email: logan.liles@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2026 | | Arrest (Rule 5) of Gannon Ken Van Dyke. (Horton, B.) (Entered: 04/23/2026) |
| 04/23/2026 | 1 | Rule 5 Documents from Southern District of New York as to Gannon Ken Van Dyke. (Attachments: # 1 Arrest Warrant) (Horton, B.) (Entered: 04/23/2026) |
| 04/23/2026 | 2 | Penalty Sheet *(Selected Participants Only)* as to Gannon Ken Van Dyke (Horton, B.) (Entered: 04/23/2026) |
| 04/23/2026 | | Set Hearing as to Gannon Ken Van Dyke: Initial Appearance - Rule 5 set for 4/24/2026 at 10:00 AM in Raleigh - 6th Floor Courtroom before Magistrate Judge Brian S. Meyers. (Horton, B.) (Entered: 04/23/2026) |
| 04/24/2026 | | ORAL MOTION to Unseal Case filed by USA as to Gannon Ken Van Dyke. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | | ORAL ORDER granting Oral Motion to Unseal Case as to Gannon Ken Van Dyke (1). Entered by Magistrate Judge Brian S. Meyers on 4/24/2026. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 3 | CJA 23 Financial Affidavit by Gannon Ken Van Dyke (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Gannon Ken Van Dyke. Signed by Magistrate Judge Brian S. Meyers on 4/24/2026. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | | ORAL ORDER REGARDING DUE PROCESS PROTECTIONS ACT as to Gannon Ken Van Dyke. Entered by Magistrate Judge Brian S. Meyers on 4/24/2026. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | | TEXT ORDER as to Gannon Ken Van Dyke: As required by Rule 5(f)(1) of the Federal Rules of Criminal Procedure, the court reminds counsel that under Brady v. Maryland and its progeny the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution. 373 U.S. 83, 87 (1963). Failure by the government to comply with its disclosure obligation could result in the exclusion of evidence, an adverse jury instruction, dismissal of charges, reversal of a |

| | | |
|---|---|---|
| | | conviction, vacation of a sentence, and imposition of sanctions against the individuals responsible for the violation, among other consequences. Entered by Magistrate Judge Brian S. Meyers on 4/24/2026. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 5 | Waiver of Rule 5(c)(3) Hearing by Gannon Ken Van Dyke. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 6 | Unsecured Appearance Bond Entered as to Gannon Ken Van Dyke in amount of $ 250,000. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 7 | Minute Entry for proceedings held before Magistrate Judge Brian S. Meyers in Raleigh.Initial Appearance in Rule 5 Proceedings as to Gannon Ken Van Dyke held on 4/24/2026. Assistant U.S. Attorney present for government. Government moves to unseal case. The court allows the government's motion to unseal. Defendant requests counsel. Federal Public Defender appointed. Defendant advised of rights, charges, and maximum punishments. Government does not seek detention. Defendant waives his Rule 5 Identity Hearing. The Court finds that the defendant knowingly and voluntarily provides his Waiver of Rule 5 Hearing. The court accepts defendants waiver. The court finds that the defendant is in fact the subject named in the Indictment issued in the Southern District of New York. The defendant signs an unsecured appearance bond. The court confirmed to counsel for the government and for defendants both orally and in writing the disclosure obligation of the prosecution under Brady and its progeny and possible consequences of violation of the obligation under applicable law. The court enters Order Directing Defendant to Appear in Charging District. Defendant released on Conditions of Release. (Court Reporter - FTR) (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 8 | ORDER TO APPEAR IN CHARGING DISTRICT as to Gannon Ken Van Dyke. Signed by Magistrate Judge Brian S. Meyers on 4/24/2026. (Horton, B.) (Entered: 04/24/2026) |
| 04/24/2026 | 9 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Brian S. Meyers on 4/24/2026. (Horton, B.) (Entered: 04/24/2026) |