USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/24/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                         Plaintiff(s),

          -against-

Gannon Ken Van Dyke

                         Defendant(s).

26-CR-00156 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The initial appearance and arraignment in this matter is scheduled for Tuesday, April 28, 2026, at 1:00 p.m. in Courtroom 318, 40 Foley Square, New York, NY 10007.

Dated:  April 24, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge