UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

         v.                              NOTICE OF APPEARANCE

GANNON KEN VAN DYKE,                  26 Cr. 156 (MMG)

                    Defendant.
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Zach Intrater, Esq., of Agnifilo Intrater LLP, 140 Broadway,

Suite 2450, New York, NY 10005, is appearing for defendant GANNON KEN VAN DYKE in the

above-captioned matter.

Dated: April 28, 2026
       New York, NY

                                   Zach Intrater, Esq.
                                   Agnifilo Intrater LLP
                                   140 Broadway, Suite 2450
                                   New York, NY 10005
                                   Tel: (917) 721-7331
                                   zach@agilawgroup.com