# AGNIFILO
# INTRATER

---

July 30, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Gannon Ken Van Dyke,* 26 Cr. 156 (MMG)

Dear Judge Garnett:

We write on behalf of our client, Gannon Ken Van Dyke, to respectfully request permission to file a memorandum of law in excess of the word-count limit set forth in this Court's Individual Rules.

Counsel intends to file a motion to dismiss all five counts of the Indictment. The Court's Individual Rules provide that memoranda of law in support of motions may not exceed 8,750 words. Counsel respectfully requests leave to file an oversized brief of approximately 17,000 words so that counsel can adequately and thoroughly address each count of the Indictment. The basis for this request is that the Indictment presents novel questions of law that constitute issues of first impression for this Court. Given the complexity and novelty of the legal issues involved, counsel requires additional space to brief these matters in a manner that we believe will be most helpful to the Court.

We have conferred with the government, and the government has no objection to our request. The government further requests that, should the Court grant leave for an oversized submission, the same word-count limit of 17,000 words apply to their memorandum of law in opposition. We consent to that request.

Thank you for your consideration.

Respectfully submitted,

Teny Geragos, Esq.
Zach Intrater, Esq.

cc:    All counsel of record (via ECF)

140 BROADWAY, STE 4530 | NEW YORK, NY 10005 | WWW.AGILAWGROUP.COM