

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 31, 2026

**VIA ECF**
Hon. Margaret G. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *United States v. Gannon Ken Van Dyke,* **26 Cr. 156 (MMG)**

Dear Judge Garnett:

The Government respectfully submits this letter in response to the Court's order, dated June 10, 2026 (Dkt. 18), to request that the Court schedule an *ex parte* pretrial conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3.

The Government is available on the following dates, with a preference (based on all relevant parties' availability) for the later August or September dates: August 13-14 and 17-18, 2026, and September 2-3, 2026.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: /s/ _____
   Nicholas Chiuchiolo
   Ryan B. Finkel
   Juliana N. Murray
   Assistant United States Attorneys
   (212) 637-1247 / 6612 / 2314

cc:    Counsel of Record