UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GANNON KEN VAN DYKE,<br><br>        Defendant. | 26 Cr. 156 (MMG) |

## NOTICE OF MOTION TO DISMISS THE INDICTMENT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated July 31, 2026, defendant Gannon Ken Van Dyke, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 40 Foley Square, New York, N.Y., 10007, at a date and time to be determined by the Court, for an Order dismissing the indictment.

Dated:      July 31, 2026
            New York, NY

Respectfully submitted,

_____
Zach Intrater
Teny R. Geragos
Jason A. Driscoll
Daniela Manzi
AGNIFILO INTRATER LLP
140 Broadway, Ste. 4350
New York, NY 10005

Mark J. Geragos
Tina Glandian
GERAGOS & GERAGOS, APC
256 Fifth Ave., 6th Fl.
New York, NY 10017

cc:    All counsel (by ECF)