# AGNIFILO
# INTRATER

November 5, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Request GRANTED. SO ORDERED.

Dated: November 6, 2026

**Re: *United States v. Van Dyke*, 26-cr-00156 (MMG)**

Dear Judge Garnett:

Defendant Gannon Ken Van Dyke's CIPA Section 5 notice is currently due on Saturday, November 7, 2026. We write to respectfully request that the Court permit us to provide the hard copy of the notice to the Court on Monday, November 9, 2026, and not Friday, November 6, 2026. We have conferred with the government and it consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

Zach Intrater

cc: All counsel (via ECF)