# AGNIFILO INTRATER

November 9, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Van Dyke*, 26 Cr. 156 (MMG)

Dear Judge Garnett:

On behalf of Gannon Van Dyke, I write to respectfully notify the Court that I have submitted Mr. Van Dyke's disclosures to the government and to the Court pursuant to Section 5 of the Classified Information Procedures Act.

Respectfully submitted,

Zach Intrater

cc: All counsel (via ECF)