**AGNIFILO**
**INTRATER**

November 9, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Van Dyke*, 26 Cr. 156 (MMG)

Dear Judge Garnett:

Pursuant to the defense's obligations under the Protective Order, we respectfully request to file under seal (1) an unredacted copy of our memorandum of law in opposition to the government's motions *in limine* and (2) Exhibits A through D. Exhibits A and B are designated as Disclosure Material and Attorney's Possession Only material pursuant to the Court's Protective Order. Though the defense is seeking to admit this material at the upcoming trial, at this juncture, the defense is prohibited from posting it on any Internet site or sharing it with the media.[1]

Mr. Van Dyke's memorandum of law and Exhibits C and D contain information from which the public may infer the Special Forces Unit's true name, which the government is seeking to shield from the public. Though the defense does not agree that we should be prohibited from using the unit's true name at trial, at this juncture, the defense is honoring the government's request to keep the true name from the public.

The defense will file a redacted copy of the memorandum of law on the docket. Thank you for your consideration.

Respectfully submitted,

Teny R. Geragos

cc: All counsel (via ECF)

[1] The defense's position is that the materials to be filed in redacted form and under seal are "judicial documents" to which the common law right of public access attaches. *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006)).