UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GANNON KEN VAN DYKE,

Defendant.

26 Cr. 156 (MMG)

**DEFENDANT GANNON KEN VAN DYKE'S**
**PROPOSED VERDICT FORM**

AGNIFILO INTRATER LLP
140 Broadway, Ste. 4530
New York, NY 10005

By: Zach Intrater
Teny R. Geragos
Jason A. Driscoll
Daniela Manzi

GERAGOS & GERAGOS, APC
256 Fifth Ave., 3rd Fl.
New York, NY 10001

By: Mark J. Geragos
Deanna Paul

# VERDICT FORM[1]

Please indicate your responses with a check mark (✓).

The Jury's verdict must be unanimous on each question.

**Count One: Unlawful Use of Nonpublic Government Information in Connection with the Purchase of Sale of Swaps**

Not Guilty _________ Guilty _________

**Count Two: Theft of Nonpublic Government Information in Connection with the Purchase of Sale of Swaps**

Not Guilty _________ Guilty _________

**Count Three: Commodities Fraud in Connection with the Purchase of Sale of Swaps**

Not Guilty _________ Guilty _________

**Count Four: Wire Fraud**

Not Guilty _________ Guilty _________

***REMINDER: If you find the defendant Not Guilty on Count Four, you must find him Not Guilty on Count Five as well.***

**Count Five: Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity**

Not Guilty _________ Guilty _________

[1] Consistent with our request in Van Dyke's Requests to Charge, we request the opportunity to brief the application of 7 U.S.C. § 13(a)(5) and whether a corresponding special verdict question is necessary.