UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GANNON KEN VAN DYKE,

Defendant.

**26 Cr. 156 (MMG)**

Please indicate each of your verdicts with a check mark (✓).

**Count One: Unlawful Use of Government Information**

Guilty __________ Not Guilty ___________

**Count Two: Misappropriation of Government Information**

Guilty __________ Not Guilty ___________

**Count Three: Commodities Fraud**

Guilty __________ Not Guilty ___________

**Count Four: Wire Fraud**

Guilty __________ Not Guilty ___________

If guilty of Count Four, select all types of property that the defendant obtained:

Confidential government information __________

Money from counterparties on Polymarket __________

**<u>Count Five</u>: Unlawful Monetary Transfer**

Guilty ___________ Not Guilty ____________

New York, New York
_________________ ___, 2026

______________________
*Foreperson*